IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RACHEL RITKE and DORI HOUX,

        Plaintiffs,

vs.

CRAIG SCHUESSLER, individually, et al.,

        Defendants.

7:22-CV-5002

ORDER

IT IS ORDERED:

1. The stipulation for dismissal (filing 59) is approved.

2. The dismissal papers deadline set for April 6, 2023 is terminated.

3. Dori Houx's claim against Jim Bush is dismissed with prejudice, parties to be responsible for their own attorneys' fees and costs.

4. Dori Houx and Jim Bush are terminated as parties.

Dated this 29th day of March, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge