IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RACHEL RITKE,<br><br>           Plaintiff,<br><br>vs.<br><br>CRAIG SCHUESSLER, individually; and JENNIFER BURGESS, individually;<br><br>           Defendants. | **7:22CV5002**<br><br>**ORDER** |

This matter is before the court upon the notice of death of Defendant Craig Schuessler filed on October 2, 2023. (Filing No. 68). In accordance with Fed. R. Civ. P. 25(a)(1),

IT IS ORDERED:

1) Case progression as to the claims against Defendant Schuessler *only* (Claims 3, 4, and 5) is stayed until January 2, 2024.

2) As to the claim against Defendant Burgess (Claim 2), the deadline for filing motions for summary judgment, motions to dismiss, or motions to exclude testimony on *Daubert* and related grounds is October 16, 2023. (See Filing No. 64).

3) The clerk shall set a case management deadline of January 2, 2024 for substitution as to the suggestion of death (Filing No. 68).

Dated this 2nd day of October, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge