IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RACHEL RITKE,<br><br>Plaintiff,<br><br>vs.<br><br>JENNIFER BURGESS, individually;<br><br>Defendant. | 7:22CV5002<br><br>**ORDER** |

The parties' joint motion to amend pre-trial deadlines, Filing No. 86, is granted in part and denied in part. Accordingly,

IT IS ORDERED:

1) The Pretrial Conference currently scheduled to be held before the undersigned magistrate judge on March 5, 2024 is <u>continued</u> to **April 2, 2024 at 10:00 a.m.**, and will be conducted by internet conferencing. Counsel shall use the conferencing instructions provided by the court to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit Lists(s) must be emailed to deluca@ned.uscourts.gov, in Word format, by 5:00 p.m. on March 28, 2024.

2) Motions in limine and motions for pre-trial evidentiary hearings on the admissibility of evidence shall be filed at least seven days prior to the pretrial conference.

3) The jury trial remains scheduled for April 29, 2024, at 9:00 a.m. in North Platte, Nebraska before John M. Gerrard, Senior United States District Judge.

Dated this 26th day of February, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge