IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RACHEL RITKE,

              Plaintiff,

vs.

JENNIFER BURGESS,

              Defendant.

7:22-CV-5002

JUDGMENT

On the remaining parties' joint stipulation for dismissal with prejudice (filing 99), this case is dismissed with prejudice, parties to pay their own costs.

Dated this 17th day of June, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge